In the Matter of the Petition of MAURICE WM. GRADY and THE NATIONAL CITY BANK OF NEW YORK to Render and Settle Their Account as Executors, etc., of ARTHUR T. MART, Deceased. MAURICE WM. GRADY, as Executor, etc., of ARTHUR T. MART, Deceased, Appellant; WILLIAM A. RYAN, as Special Guardian for ARTHUR T. MART, JR., an Incompetent Person, Respondent.— Decree of the Surrogate's Court of Kings county, in so far as appealed from, unanimously affirmed, with costs to respondent, payable out of the estate. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ. [139 Misc. 558.]

In the Matter of the Application of MAX SCOTT for the Revocation of Letters. Testamentary to MILLIE SCHER, One of the Executors Named in the Last Will and Testament of HARRY SCHER, Deceased. MAX SCOTT, as Executor, etc., of HARRY SCHER, Deceased, Appellant; JOHN J. ACKERMAN, as Committee for MILLIE SCHER, Respondent. In the Matter of the Application of JOHN J. ACKERMAN for the Removal of MAX SCOTT as One of the Executors, etc., of HARRY SCHER, Deceased. JOHN J. ACKERMAN, as Committee for MILLIE SCHER, Respondent; MAX SCOTT, as Executor, etc., of HARRY SCHER, Deceased, Appellant.— Order of the Surrogate's Court of Westchester county removing appellant as executor reversed on the law, without costs. On this record the surrogate was not warranted in removing the executor. Order directing executor to file accounting affirmed. Order denying motion for leave to examine reversed on the law and application granted; examination to proceed on five days' notice. The recitals in the order indicate that the executor did not have an opportunity for a full examination. Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ., concur.

FLORENCE C. KAMPER and Others, Respondents, v. ROBERT CARBONE, Appellant, and CHARLES E. WEEKS, Defendant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Tompkins and Davis, JJ.

WILLIAM KRAMM, Respondent, v. HARRIET G. HOLLOWAY, Appellant, Impleaded with ANNA GLOBES and Others, Respondents.— Order denying defendant Holloway's motion to vacate the stay in the order to show cause of December 9, 1931, reversed on the law and the facts, with ten dollars costs and disbursements, and the motion granted, with ten dollars costs. The stay was granted in violation of section 882 of the Civil Practice Act in that there was no notice given (*Stuhmer & Company* v. *Korman*, 235 App. Div. 856) and also in violation of section 819 of the Civil Practice Act. There is nothing herein that estops the appellant from raising the question at this time. Lazansky, P. J., Young, Carswell, Scudder and Tompkins, JJ., concur.

MEYER KRAUSHAAR and EMANUEL CELLER, Appellants, v. SOLWIN W. SMITH and SMITH OF WHITEHALL, INC., Respondents.— Order denying a motion for a new trial on the ground of newly-discovered evidence unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Kapper, Scudder and Tompkins, JJ.